

# Fourth Court of Appeals
## San Antonio, Texas

September 12, 2019

No. 04-19-00457-CV

**EX PARTE C.D.R.**

From the 63rd Judicial District Court, Val Verde County, Texas
Trial Court No. 33751
Honorable Enrique Fernandez, Judge Presiding

# O R D E R

On August 26, 2019, this court ordered appellant to file a response presenting a reasonable explanation for failing to file a notice of appeal in a timely manner. We ordered all other appellate deadlines suspended until further order of this court. Appellant responded on September 10, 2019, explaining his late filing of the notice of appeal and requesting an extension of time to file his notice of appeal. We GRANT appellant's request for an extension of time to file his notice of appeal and, accordingly, we deem the notice of appeal timely filed and retain the appeal on the docket of this court.

The appellate deadlines are no longer suspended. The reporter's record was originally due on July 29, 2019, and is now past due.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of September, 2019.

_____
Keith E. Hottle,
Clerk of Court